# INITIAL APPEARANCE CALENDAR

Magistrate Judge: Steven Tiscione  Date: 12/12/18

Magistrate Case Number: 18-1206 M  LOG #: 4:35 - 4:45

Defendant's Name: Michael Brogan

✓ Court appointed counsel.  ___ Defendant retained counsel.

Defense Counsel: Michael Schneider  FDNY: ✓  CJA ___  RET: ___

A.U.S.A. Philip Selden  Clerk F Chin

Interpreter: _____  Language: _____

✓ ARRAIGNMENT on Complaint held.  ___ Government Agent Sworn

___ DETENTION HEARING Held: ___ Government opposed bail for reasons stated on the record.

✓ Bond set at $50,000.  ✓ Bond set on consent of both parties.
 Defendant: ✓ released  ___ held pending satisfaction of bond conditions.
✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

(Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for: _____ ; or  ✓ waived by defendant

✓ Status Conference set for: 2/12/19 @ 11:00  before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: Order of excludable delay entered. Time excluded from 12/12/18 until 1/12/19.